```
EDWARD E. COREY (SB #124900)
COREY & COREY
3580 Wilshire Boulevard
17th Floor
Los Angeles, CA 90010
(213) 385-7003
(213) 385-6908 Fax

Counsel for SHANGHAI WIN-WING IMP. &
EXP. CO, LTD., Plaintiff.
```

ORIGINAL FILED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI WIN-WING IMP. & EXP. CO, LTD., | CV 08 2031 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. | |
| Defendants. | |

Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., (hereinafter "Win-Wing"), for its Complaint against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. (hereinafter collectively "Defendants"), states as follows:

### INTRODUCTION

This is an action for money owed to Win-Wing for goods purchased from Win-Wing and shipped to Defendant K&T Associates, Inc. (hereafter "K&T").

This is also an action for breach of a guaranty of the

above-stated debt by Defendant Oakhills Hardwood Floors, Inc. (hereinafter "Oakhills"), as well as an action for intentional misrepresentation against Defendant Tetsuya Watanabe (hereinafter "Mr. Watanabe") in connection with that guaranty.

PARTIES

1. Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., (hereinafter "Win-Wing") is a manufacturer and exporter of wood flooring, and is located in the Peoples Republic of China.

2. Defendant K&T Associates, Inc. (hereafter "K&T") is an inactive corporation that was registered in the State of Washington, with its principle place of business at 8911 NE 151st Pl., Bothell, WA 98011, is an importer and seller of wood flooring, was a customer of Win-Wing, and upon information and belief was owned and operated by Defendant Tetsuya Watanabe.

3. Defendant Oakhills Hardwood Floors, Inc. (hereinafter "Oakhills") is an active corporation registered in the State of California, with its principle place of business at 6650 Goodyear Rd., Benicia, CA 94510, and upon information and belief is owned and operated by Defendant Tetsuya Watanabe.

4. Defendant Tetsuya Watanabe (hereinafter "Mr. Watanabe") upon information and belief is a resident of California, with a last known address of 6650 Goodyear Rd., Benicia, CA 94510, and upon information and belief is the owner and operator of K&T and Oakhills, and controlled the assets of both companies.

**JURISDICTION**

5. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §1332(a)(2) because

complete diversity of citizenship exists between the parties, as Win-Wing is a citizen of the Peoples Republic of China, and as Defendants Oakhills and Mr. Watanabe are citizens of the State of California, and Defendant K&T was a citizen of the State of Washington.

6. The amount in controversy exceeds the sum or value of Seventy Five Thousand Dollars and no cents ($75,000.00) exclusive of court costs and interest, and is between a citizen of the Peoples Republic of China and citizens of the State of California and the State of Washington.

7. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a)(1),(2), and (3) in that Defendants Oakhills and Mr. Watanabe reside in California, a substantial portion of the activity that is subject to this action is situated in this judicial district, and all Defendants are subject to personal jurisdiction in this judicial district.

8. Venue is also proper in this Court pursuant to 28 USC §1391(a)(2) because complete diversity of citizenship exists between the parties as above mentioned.

**FACTUAL BACKGROUND**

The Underlying Transaction

9. From June 9, 2006 to June 27, 2006, K&T issued several Purchase Orders, under which K&T agreed to and Win-Wing agreed to sell certain wood flooring products.

10. From approximately August 27, 2006 to approximately September 17, 2006, Win-Wing shipped the wood flooring products ordered by K&T from China to Long Beach, California, where the product was received by K&T. Win-Wing

1  issued corresponding Commercial Invoices contemporaneously with
2  each shipment.
3         11.  Payments were due for the above-shipped products,
4  pursuant to the Purchase Orders, sixty (60) days after shipment.
5         12.  As of approximately November 17, 2006, an
6  outstanding balance of $394,995.20 remained due and owing by K&T
7  to Win-Wing under the Purchase Orders, Commercial Invoices and
8  corresponding shipments.

The Settlement Agreement by K&T, the Guaranty of Oakhills, and the Misrepresentations by Mr. Watanabe

11        13.  On or about February 2007, Mr. Watanabe executed a
12  settlement agreement on behalf of K&T and a guaranty on behalf of
13  Oakhills, under which K&T agreed to pay $352,717.15 to Win-Wing
14  pursuant to a payment plan, and under which Oakhill guarantied
15  said payment plan.  An authentic duplicate of this settlement
16  agreement, payment plan and guaranty is attached hereto as
17  Exhibit 1.
18        14.  Pursuant to the terms of said settlement
19  agreement, K&T agreed to the following payment plan:
20        1.   February 2007 - $2,000.00
21        2.   March 2007 - $20,000.00
22        3.   April 2007 - $30,000.00
23        4.   May 2007 - $30,000.00
24        5.   June 2007 - $30,000.00
25        6.   July 2007 - $30,000.00
26        7.   August 2007 - $42,143.43
27        8.   September 2007 - $42,143.43
28        9.   October 2007 - $42,143.43

      10.   November 2007 - $42,143.43

      11.   December 2007 - $42,143.43

      15.   Pursuant to the terms of said agreement, Oakhills contractually agreed to guaranty the above-stated payment plan.

      16.   Mr. Watanabe signed the settlement agreement and payment plan on behalf of K&T, and signed the guaranty on behalf of Oakhills.

      17.   At the time Mr. Watanabe signed the settlement agreement, payment plan, and guaranty, he knew that neither K&T nor Oakhills would satisfy the agreement.

      18.   Mr. Watanabe signed the settlement agreement, payment plan and guaranty to stall legal action against K&T, as a means of delay, and with the purpose and intent of defrauding Win-Wing.

      19.   K&T and/or Oakhills, through Mr. Watanabe made one payment of $10,000.00 toward the settlement agreement, payment plan and guaranty, leaving a remaining outstanding unpaid balance of $342,717.15.

### COUNT ONE – BREACH OF CONTRACT

### (Against K&T)

      20.   Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 19 above.

      21.   As a direct and proximate result of K&T's breaches of its contractual obligations under the Purchase Orders, Commercial Invoices and corresponding shipments, Win-Wing has suffered damages in excess of $384,995.20, plus interest, costs and attorney fees.

22. The total amount due to Win-Wing by K&T under the Purchase Orders, Commercial Invoices and corresponding shipments, as of November 17, 2006, is $384,995.20, together with interest, costs, and attorney fees incurred thereafter.

### COUNT TWO – ACTION ON ACCOUNT
### (Against K&T)

23. Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 22 above.

24. Attached hereto as Exhibit 1, and incorporated herein by reference, is a Statement of Account for which K&T is in debt to Win-Wing.

25. This Account is kept in the regular course of business and is a true and accurate reflection of the debt owed by K&T to Win-Wing, and has been acknowledged and signed by Mr. Watanabe, on behalf of K&T.

26. As a direct and proximate result of K&T's failure to pay this debt, Win-Wing has been damaged in the amount of $384,995.20, plus interest, costs and attorney fees.

### COUNT THREE – UNJUST ENRICHMENT
### (Against K&T)

27. Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 26 above.

28. At all relevant times, K&T and Win-Wing contracted for and Win-Wing provided to K&T with certain goods.

29. Win-Wing has performed all of its duties and obligations under the terms and conditions of the parties' contractual relationship.

30. Win-Wing has contacted K&T regarding overdue invoices for the above aforementioned goods, and requested payment. K&T has refused to pay the amount due and owing to Win-Wing for said goods.

31. As a direct and proximate result of K&T's failure to pay for the goods provided by Win-Wing, K&T has been unjustly enriched, and Win-Wing correspondingly damaged, in the amount of $384,995.20, plus interest, costs and attorney fees.

**COUNT FOUR – BREACH OF SETTLEMENT AGREEMENT**

**(Against K&T)**

32. Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 31 above.

33. On or about February 2007, Mr. Watanabe executed a settlement agreement on behalf of K&T, under which K&T agreed to pay $352,717.15 to Win-Wing pursuant to a payment plan. An authentic duplicate of this settlement agreement and payment plan is attached hereto as Exhibit 1.

34. K&T and/or Oakhills, through Mr. Watanabe made one payment of $10,000.00 toward the settlement agreement and payment plan and guaranty, leaving a remaining outstanding unpaid balance of $342,717.15.

35. K&T contractually agreed to resolve any disputes between the parties, arising under the above-referenced Purchase Orders, Commercial Invoices, and corresponding shipments,

pursuant to the terms of the settlement agreement and payment plan set forth in Exhibit 1.

36. The settlement agreement and payment plan offered by K&T, and accepted by Win-Wing, is a binding and contractually enforceable settlement agreement.

37. K&T has breached the settlement agreement and payment plan, by failing to make payment of $342,717.15, which is past due under said settlement agreement and payment plan.

38. The settlement agreement and payment plan also provided that K&T pay to Win-Wing contractual interest from February 2006, as well as any exchange rate charge.

39. As a direct and proximate result of K&T's breaches of its contractual obligations under the settlement agreement and payment plan, Win-Wing has suffered damages in excess of $342,717.15, plus interest, costs and attorney fees.

## COUNT FIVE – BREACH OF GUARANTY

### (Against Oakhills)

40. Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 39 above.

41. On or about February 2007, Mr. Watanabe executed a guaranty on behalf of Oakhills, under which Oakhill guarantied K&T's payment of $352,717.15, plus contractual interest from February 2006 and any exchange rate charge, pursuant to a settlement agreement and payment plan agreed to by K&T. An authentic duplicate of this guaranty is attached hereto as Exhibit 1.

42. K&T and/or Oakhills, through Mr. Watanabe made one payment of $10,000.00 toward the settlement agreement, payment plan and guaranty, leaving a remaining outstanding unpaid balance of $342,717.15 plus interest.

43. Oakhills contractually agreed to guaranty payment of $342,717.15 plus interest to Win-Wing, pursuant to the terms of the guaranty set forth in Exhibit 1.

44. The guaranty offered by Oakhills, and accepted by Win-Wing, is a binding and contractually enforceable agreement.

45. Oakhills has breached the guaranty, by failing to make payment of $342,717.15 plus interest, which is now past due under said guaranty.

46. As a direct and proximate result of Oakhills' breaches of its contractual obligations under the guaranty, Win-Wing has suffered damages in excess of $342,717.15, plus interest, costs and attorney fees.

**COUNT SIX – FRAUDULENT AND INTENTION MISREPRESENTATION**

**(against Mr. Watanabe)**

47. Win-Wing incorporates by reference as though fully rewritten herein the allegations contained within Paragraphs 1 through 46 above.

48. On or about February 2007, Mr. Watanabe executed a settlement agreement on behalf of K&T and a guaranty on behalf of Oakhills, under which K&T agreed to pay $352,717.15 plus interest to Win-Wing pursuant to a payment plan, and under which Oakhills guarantied said payment plan.

49. At the time Mr. Watanabe signed the settlement agreement, payment plan and guaranty, he knew that neither K&T

1  nor Oakhills would satisfy the agreement.

2      50.  Mr. Watanabe signed the settlement agreement,
3  payment plan and guaranty to stall legal action against K&T, as a
4  means of delay, and with the purpose and intent of defrauding
5  Win-Wing.

6      51.  K&T and/or Oakhills, through Mr. Watanabe made one
7  payment of $10,000.00 toward the settlement agreement, payment
8  plan and guaranty, leaving a remaining outstanding unpaid balance
9  of $342,717.15 plus interest

10      52.  In executing the settlement agreement, payment
11  plan and guaranty, Mr. Watanabe represented to the Win-Wing that
12  it would be paid $352,717.15 plus interest.  This was an
13  important fact which Mr. Watanabe represented to be true;
14  however, said representation was false, and Mr. Watanabe knew
15  that the representation was false when he made it, or he made the
16  representation recklessly and without regard for its veracit.

17      53.  Mr. Watanabe intended that Win-Wing rely on the
18  representation, and Win-Wing reasonably relied on the
19  representation.  As a result, Win-Wing was harmed, and its
20  reliance on the Mr. Watanabe's representation was a substantial
21  factor in causing that harm to Win-Wing.

22      54.  As a direct and proximate result of Mr. Watanabe's
23  intentional misrepresentations, Win-Wing has suffered damages in
24  excess of $342,717.15, plus interest, costs and attorney fees.

25      55.  In making such fraudulent and intentional
26  misrepresentations, Mr. Watanabe has acted with malice, conscious
27  indifference to the rights of Win-Wing, or reckless disregard of
28  such rights, and Mr. Watanabe's misrepresentations were so

1  willful and wanton as to support a claim for punitive damages.

2      56. Mr. Watanabe's fraudulent and intentional misrepresentations support an award of punitive damages, as his conduct was sufficiently aggravated to satisfy the standard for an award of punitive damages.

    57. Mr. Watanabe's fraudulent and intentional misrepresentations support an award of at least two times the estimated actual damages, and therefore Win-Wing is entitled to punitive damages likely in excess of $685,434.30, plus interest, costs, and attorney fees to the extent permitted by law.

    WHEREFORE, Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd. requests this Court enter Judgment in its favor and against Defendant K&T Associates, Inc. in the amount of $384,995.20, plus interest, costs and attorney fees as to Counts One, Two, and Three of this Complaint; and such further relief as is just and equitable.

    FURTHER, Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., prays as follows:

    1. For Judgment in its favor and against Defendants K&T Associates, Inc., Oakhills Hardwood Floors, Inc. and Tetsuya Watanabe in the amount of $342,717.15, plus interest, costs and attorney fees as to Counts Four, Five and Six of this Complaint; and

    2. For such further relief as is just and equitable.

    FURTHER, Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., prays as follows:

    1. For Judgment in its favor and against Defendant

Tetsuya Watanabe in the amount of $685,434.30 in punitive damages, plus interest, costs and attorney fees as to Count Six of this Complaint; and

2. For such further relief as is just and equitable.

Dated: April 16, 2008                    COREY & COREY

*[signature: Edward Corey]*

By: Edward E. Corey
Attorneys for Plaintiff
Shanghai Win-Wing Imp. & Exp. Co., Ltd.

2007- 3-26  11:08                    ADC200701 50 NO.497   P.1

## K&T Associates Inc.

## P.O. Box 5906, Concord, CA 94524

| INVOICE NUMBER | PO NUMBER | SMOOTH AMOUNT |
|---|---|---|
| F626NL245/246/254 | #286776;286764;286772 | $131,973.6 |
| F626NL260 | #287311;287312 | $87,982.40 |
| F626NL269/270 | #288757;288765;288766;288769 | $175,039.2 |
| Total Amount: | | $994,995.2 |

Payment Schedule

February - $2,000.00

March   - $20,000.00

April to July - $30,000.00 per month

August - December - $42,143.43 per month

Finished pay back Win-Wing Total Amount $352,717.15(This money is Win-Wing's cost already deduct our commission) by end 2007 year.

Because of delayed payment, all the interest and exchange rate charge occurred during above-mentioned period of time will bear to our K&T account.

If K&T Associates Inc.'s business is not so good, Oakhills Hardwood Floors must instead of K&T Associates Inc, return above-mentioned the money to Win-Wing.

_Teraya Watanabe_
K&T Associates, Inc.

_Teraya Watanabe_
Oakhills Hardwood Floors.

EXHIBIT 1

EXHIBIT "1"  PAGE 1 OF 1