```
 1  EDWARD E. COREY (SB #124900)
    COREY & COREY
 2  3580 Wilshire Boulevard
    17th Floor
 3  Los Angeles, CA 90010
    (213) 385-7003
 4  (213) 385-6908 Fax
 5
 6  Counsel for SHAGHAI WIN-WING IMP. &
    EXP. CO, LTD., Plaintiff.
 7
```



                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGHAI WIN-WING IMP. & EXP. CO, LTD., ) ) ) Plaintiff, ) ) vs. ) ) TETSUYA WATANABE, OAKHILLS ) HARDWOOD FLOORS, INC., K&T ) ASSOCIATES, INC. ) ) Defendants. ) | No. _____ **PLAINTIFF'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** **(Local Rule 3-16)** |

Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., (hereinafter "Win-Wing"), for its Complaint against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. (hereinafter collectively "Defendants"), states as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. SHANGHAI WIN-WING IMP. & EXP. CO., LTD., plaintiff.

    2. K&T ASSOCIATES, INC., defendant.

    3. OAKHILLS HARDWOOD FLOORS, INC., defendant.

    4. TETSUYA WATANABE, defendant.

    5. CHINA EXPORT & CREDIT INSURANCE CORPORATION, non-party.

    6. WELTMAN, WEINBERG & REIS CO., L.P.A., non-party.

Dated: April 16, 2008        COREY & COREY

*/s/ Edward E. Corey*

By: Edward E. Corey
Attorneys for Plaintiff
Shanghai Win-Wing Imp. & Exp. Co., Ltd.

---

**2**

**CERTIFICATE OF INTERESTED PARTIES**