# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Shanghai Win-Wing Imp. & Exp. Co., Ltd., | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: |
| Oakhills Hardwood Floors, Inc., et al. | CV 08  SC  2031 |

TO: (Name and address of defendant)

Tetsuya Watanabe
1655 Galindo Street, Apartment 1155
Concord, CA 94520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward E. Corey, Esq. (CA Bar No. 124900)
Corey & Corey
3580 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90010

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  APR 1 8 2008

HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK