# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Shanghai Win-Wing Imp. & Exp. Co., Ltd., | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| Oakhills Hardwood Floors, Inc., et al. | CV 08  2031  SC |

TO: (Name and address of defendant)

Oakhills Hardwood Floors, Inc.
c/o Agent for Service of Process
Tetsuya Watanabe
6650 Goodyear Road
Benicia, CA 94510

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward E. Corey, Esq. (CA Bar No. 124900)
Corey & Corey
3580 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90010

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                           APR 1 8 2008
CLERK                                                        DATE

HELEN L. ALMACEN
_____
(BY) DEPUTY CLERK