**EDWARD E. COREY (SB #124900)**
**COREY & COREY**
3580 Wilshire Boulevard
17th Floor
Los Angeles, CA 90010
(213) 385-7003
(213) 385-6908 Fax

Counsel for SHAGHAI WIN-WING IMP. &
EXP. CO, LTD., Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGHAI WIN-WING IMP. & EXP. CO, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. <br><br> Defendants. | No. 08-CV-02031-SC <br><br> **ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE ORDER OF APRIL 18, 2008, SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Upon review of Plaintiff's Motion for Continuing the Order of April 18, 2008, Settling Initial Case Management Conference and ADR Deadlines, and for good cause shown, ~~said deadlines are continued pending further Order of the Court.~~ the Initial Case Management Conference is continued to September 19, 2008 at 10:00 a.m.

It is so ordered.

_____
Judge Howard R. Conti



1

**ORDER ON EX PARTE APPLICATION CONTINUING CASE MANAGEMENT ORDER**