**EDWARD E. COREY (SB #124900)**
**COREY & COREY**
3580 Wilshire Boulevard
17th Floor
Los Angeles, CA 90010
(213) 385-7003
(213) 385-6908 Fax


Counsel for SHAGHAI WIN-WING IMP. &
EXP. CO, LTD., Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGHAI WIN-WING IMP. &<br>EXP. CO, LTD.,<br><br>                Plaintiff,<br><br>        vs.<br><br>TETSUYA WATANABE, OAKHILLS<br>HARDWOOD FLOORS, INC., K&T<br>ASSOCIATES, INC.<br><br>                Defendants.<br>_____ | No. 08-CV-02031-SC<br><br>**PLAINTIFF'S APPLICATION FOR<br>AN ENTRY OF DEFAULT<br>PURSUANT TO FED. R. CIV. P.<br>55(a); DECLARATION OF<br>EDWARD COREY IN SUPPORT<br>THEREOF** |

     Now comes Plaintiff Shanghai Win-Wing Imp. & Exp. Co.
(hereinafter "Plaintiff"), by and through counsel, and applies to
the Court and its Clerk for an Entry of Default against the
Defendants **Tetsuya Watanabe, Oakhills Hardwood Floors, Inc.** and
**K&T Associates, Inc.** (hereinafter collectively "Defendants").
The reasons for this Request are as follows.

     On April 18, 2008, Plaintiff filed a Complaint against
Defendants in this matter. See Docket Entry #1. Declaration of
Edward E. Corey, ¶ 2.  On June 14, 2008, Defendants were served
with a Summons and the Complaint.  See Docket Entry # 7.  See

**1**

**APPLICATION FOR DEFAULT**

1  Proof of Service filed with the Court. Declaration of Edward E.
2  Corey, ¶¶ 3-5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A),
3  Defendants were required to answer or otherwise respond to
4  Plaintiff's Complaint within twenty (20) days, on or before July
5  7, 2008.  See Docket Entry #7.  Declaration of Edward E. Corey,
6  ¶6. Defendants have failed to do so, and therefore default should
7  be entered by the Clerk of Courts pursuant to Fed. R. Civ. P.
8  55(a). Declaration of Edward E. Corey, ¶ 7.

9      Fed. R. Civ. P. 55(a) sets forth the procedure for the entry
10  of a default by the clerk, providing:  "When a party against whom
11  a judgment for affirmative relief is sought has failed to plead
12  or otherwise defend as provided by these rules and that fact is
13  made to appear by affidavit or otherwise, the clerk shall enter
14  the party's default."  See also Dolphin v. Ruiz, 2008 U.S. Dist.
15  LEXIS 37259, at * 1-2 (C.D. Cal. May 6, 2008) ("* * * [O]btaining
16  a default judgment in federal court is a two-step process.
17  Plaintiff must first seek entry of default by the clerk. See Fed.
18  R. Civ. P. 55(a).")

19      Pursuant to Fed. R. Civ. P. 55(a), the court clerk is
20  required to enter the Defendant's default when the fact of
21  default is established by affidavit or otherwise.  See Fed. R.
22  Civ. P. 55(a).  Elektra Entm't Group, Inc. v. Crawford, 226
23  F.R.D. 388, 2005 U.S. Dist. LEXIS 4813 (C.D. Cal. 2005).

24      In this case, the defaults of Defendants are established by
25  the Proof of Service filed on June 18, 2008, which includes the
26  declaration of process server Clarence Randolph, under penalty of
27  perjury.  See Docket Entry # 7.  Declaration of Edward E. Corey,
28  ¶ 8. Based on the foregoing, an Entry of Default against

1   Defendants **Tetsuya Watanabe, Oakhills Hardwood Floors, Inc.** and

2   **K&T Associates, Inc.** should be entered by the Clerk at this time.

3

4   Dated:  July 9, 2008                COREY & COREY

5

6                                       _____
                                        By:  Edward E. Corey
7                                       Attorneys for Plaintiff
                                        Shanghai Win-Wing Imp. & Exp.
8                                       Co., Ltd.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**
**APPLICATION FOR DEFAULT**

1

**<u>DECLARATION OF EDWARD E. COREY</u>**

2     I, Edward E. Corey, counsel of record in this matter for

3  Shanghai Win-Wing Import & Export Company, make this declaration

4  in support of the Application for Default.

5     1.   I am counsel for Plaintiff Shanghai Win-Wing Imp. &

6  Exp. Co. (hereinafter "Plaintiff") in this litigation captioned

7  Shanghai Win-Wing Imp. & Exp. Co., Ltd. v. Tetsuya Watanabe, et

8  al., in the United States District Court, Northern District of

9  California (San Francisco Division), Case No. 3:08-cv-02031-SC

10 (hereinafter "Watanabe Litigation"), and have personal knowledge

11 of the procedural facts of that case.

12    2.   On April 18, 2008, Plaintiff filed a Complaint against

13 Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and

14 K&T Associates, Inc. (hereinafter collectively "Defendants") in

15 this matter.  See Docket Entry #1.

16    3.   As demonstrated by the Proof of Service, filed on June

17 18, 2008, which includes the signed declaration of process server

18 Clarence Randolph, on June 14, 2008 at 12:10 p.m., Mr. Randolph

19 personally served the Summons, Complaint, Certificate of

20 Interested Parties and Order Setting Initial Case Management

21 Conference upon Donny Smith, as the "person in charge of office"

22 at 1647 Willow Pass Road, Concord, CA 94520.

23    4.   Upon information and belief, and as confirmed by skip

24 tracing, 1647 Willow Pass Road, Concord, CA 94520, is the current

25 residential address of Tetsuya Watanabe.

26    5.   As such, pursuant to Fed. R. Civ. P. 4(e)(2)(B),

27 Plaintiff completed service on June 14, 2008, by leaving a copy

28 of the summons and of the complaint at Tetsuya Watanabe's

1  dwelling or usual place of abode with somebody of suitable age
2  and discretion.

3      6.    Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants
4  were required to answer or otherwise respond to Plaintiff's
5  Complaint within twenty (20) days, on or before July 7, 2008.
6  See Docket Entry #7.

7      7.    Defendants have failed to do so, and therefore default
8  should be entered by the Clerk of Courts pursuant to Fed. R. Civ.
9  P. 55(a), as is further demonstrated by the docket.

10     8.    In this case, the defaults of Defendants are
11 established by the Proof of Service filed on June 18, 2008 (which
12 included a signed declaration of the process server), and is
13 further established by the Court's docket, and is further
14 established by this affidavit.

15         I declare under the penalty of perjury under the laws
16 of the United States of America that the foregoing is true and
17 correct.

18         Executed this 9th  day of July, 2008 at Los Angeles,
19 California.

20

21         _____
                Edward E. Corey, Declarant.
22

23

24

25

26

27

28

1  **EDWARD E. COREY (SB #124900)**
   **COREY & COREY**
2  3580 Wilshire Boulevard
   17th Floor
3  Los Angeles, CA 90010
   (213) 385-7003
4  (213) 385-6908 Fax

5

6  Counsel for SHAGHAI WIN-WING IMP. &
   EXP. CO, LTD., Plaintiff.
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SHAGHAI WIN-WING IMP. &        )  No. 08-CV-02031-SC
   EXP. CO, LTD.,                 )
12                                )
          Plaintiff,              )  **PLAINTIFF'S APPLICATION FOR**
13                                )  **AN ENTRY OF DEFAULT**
      vs.                         )  **PURSUANT TO FED. R. CIV. P.**
14                                )  **55(a); DECLARATION OF**
   TETSUYA WATANABE, OAKHILLS     )  **EDWARD COREY IN SUPPORT**
15 HARDWOOD FLOORS, INC., K&T     )  **THEREOF**
   ASSOCIATES, INC.               )
16                                )
          Defendants.             )
17 _____ )

18

19       It appearing from the records in the above-entitled

20 action that summons has been served upon the defendants named

21 below, and it further appearing from the affidavit of counsel for

22 Plaintiff, and other evidence as required by F.R.C.P. 55(a), that

23 the defendants named below have failed to plead or otherwise

24 defend in said action as directed in said Summons and as provided

25 in the Federal Rules of Civil Procedure:

26       Now, therefore, on the request of counsel, the DEFAULT

27 of the following named defendants is hereby entered:

28       **Tetsuya Watanabe, Oakhills Hardwood Floors, Inc.** and **K&T**

**1**
**DEFAULT BY CLERK**

1 | **Associates, Inc.**
2 |
3 | Dated: _____, 2008      By:_____
4 |                                          Deputy Clerk
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**DEFAULT BY CLERK**