| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Edward E. Corey, 124900<br>COREY & COREY<br>595 Market Street<br>SAN FRANCISCO, CA 94105 | (415) 777-5266 | |
| ATTORNEY FOR (Name) Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
SHANGHAI WIN-WING IMP. & EXP. CO. LTD.,

DEFENDANT:
OAKHILLS HARDWOOD FLOORS, INC., et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | CV-08-2031 SC |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons - Tetsuya Watanabe, Summons - Oakhills Hardwood Floors, Inc (c/o Tetsuya Watanabe), Summons - K&T Associates, Inc. (c/o Tetsuya Watanabe), Complaint, Order Setting Initial Case Management Conference, Certificate of Interested Parties, ECF Registration Information Handout

2. Party Served:       Tetsuya Watanabe

3. Person Served:      party in item 2

   a. Left with:       Donny Smith- Person in Charge of Office

4. Date & Time of Delivery:   June 14, 2008       12:10 pm

5. Address, City and State:   1647 Willow Pass Road
                              Concord, CA 94520

6. Manner of Service:  By leaving the copies with or in the presence of Donny Smith, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

60.75

Registered California process server.
County: ALAMEDA
Registration No.:822

Clarence Randolph
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 14, 2008 at Oakland, California.

Signature: _____
           Clarence Randolph

FF# 6664042

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Edward E. Corey, 124900<br>COREY & COREY<br>595 Market Street<br>SAN FRANCISCO, CA 94105 | (415) 777-5266 | |
| ATTORNEY FOR (Name) Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

SHANGHAI WIN-WING IMP. & EXP. CO. LTD.,

DEFENDANT

OAKHILLS HARDWOOD FLOORS, INC., et al

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>CV-08-2031 SC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On June 18, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons - Tetsuya Watanabe, Summons - Oakhills Hardwood Floors, Inc (c/o Tetsuya Watanabe), Summons - K&T Associates, Inc. (c/o Tetsuya Watanabe), Complaint, Order Setting Initial Case Management Conference, Certificate of Interested Parties, ECF Registration Information Handout

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Tetsuya Watanabe
1647 Willow Pass Road
Concord, CA 94520

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

60.75

Lee Major
Clarence Randolph
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 14, 2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6664042