**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 21, 2008

RE:  CV 08-02031 SC        SHANGHAI WIN-WING IMP-v- TETSUYA WATANABE

Default is entered as to defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. on July 21, 2008.

RICHARD W. WIEKING, Clerk

by  Maria Loo
Case Systems Administrator

NDC TR-4  Rev. 3/89