1 | EDWARD E. COREY (SB #124900)
　 | COREY & COREY
2 | 3580 Wilshire Boulevard
　 | 17th Floor
3 | Los Angeles, CA 90010
　 | (213) 385-7003
4 | (213) 385-6908 Fax
5 |
6 | Counsel for SHAGHAI WIN-WING IMP. &
　 | EXP. CO, LTD., Plaintiff.
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 |

| SHAGHAI WIN-WING IMP. & EXP. CO, LTD., | ) No. 08-CV-02031-SC |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |
| vs. | ) |
| TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. | ) |
| Defendants. | ) |

Now comes the Plaintiff Shanghai Win-Wing Imp. & Exp. Co, Ltd. (hereinafter "Win-Wing"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby dismisses without prejudice its prayer for punitive damages as stated in paragraph 57 of the Complaint and in the prayer for relief. All other claims and parties remain pending.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: September 3, 2008 | COREY & COREY |
| 2 | | |
| 3 | | By: Edward E. Corey |
| 4 | | Attorneys for Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd. |

2

**PARTIAL DISMISSAL**