```
1  EDWARD E. COREY (SB #124900)
   COREY & COREY
2  3580 Wilshire Boulevard
   17th Floor
3  Los Angeles, CA 90010
   (213) 385-7003
4  (213) 385-6908 Fax
5
6  Counsel for SHANGHAI WIN-WING IMP. &
   EXP. CO, LTD., Plaintiff.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGHAI WIN-WING IMP. & EXP. CO, LTD., | No. 3:08-CV-02031-SC |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT FOR SUM CERTAIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(1)** |
| vs. | |
| TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. | Date: November 7, 2008<br>Ctrm: 1<br>Time: 10:00 A.M. |
| Defendants. | |

Now comes the Plaintiff Shanghai Win-Wing Imp. & Exp. Co, Ltd. (hereinafter "Win-Wing"), by and through counsel and pursuant to Fed. R. Civ. P. 55(b)(1), and hereby requests Default Judgment against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. (hereinafter collectively "Defendants") for the sum certain of $342,717.15. The reasons for this Request are fully set forth in the Affidavit of Gong Peide, which is attached hereto and incorporated herein by reference.

///

---
**1**
**APPLICATION FOR DEFAULT JUDGMENT**

## I.   STATEMENT OF FACTS

Win-Wing is a manufacturer and exporter of wood flooring, and is located in the Peoples Republic of China. *See Affidavit of Gong Peide, Chairman of Board and duly authorized representative of Shanghai Win-Wing Imp. & Exp. Co, Ltd..,* attached hereto as Exhibit A, at paragraph 3.

At all times pertinent hereto, K&T Associates, Inc. (hereafter "K&T") was a corporation registered in the State of California, with its principle place of business at 8625 Central Ave., #A, Stanton, CA 90680, was an importer and seller of wood flooring, was a customer of Win-Wing, and was owned and operated by Tetsuya Watanabe (hereinafter "Mr. Watanabe"). *See Exhibit A, at paragraph 4.*

At all times pertinent hereto, Oakhills Hardwood Floors, Inc. (hereinafter "Oakhills") was a corporation registered in the State of California, with its principle place of business at 6650 Goodyear Rd., Benicia, CA 94510, and was owned and operated by Mr. Watanabe. *See Exhibit A, at paragraph 5.*

From June 9, 2006 to June 27, 2006, K&T issued several Purchase Orders, under which K&T agreed to and Win-Wing agreed to sell certain wood flooring products. *See Exhibit A, at paragraph 6.*

From approximately August 27, 2006 to approximately September 17, 2006, Win-Wing shipped the wood flooring products ordered by K&T from China to Long Beach, California, where the product was received by K&T; Win-Wing issued corresponding Commercial Invoices contemporaneously with each shipment. *See Exhibit A, at paragraph 7.* Payments were due for the above-shipped products, pursuant to the Purchase Orders, sixty (60) days after shipment. *See Exhibit A, at paragraph 8.*

As of approximately November 17, 2006, an outstanding balance of $394,995.20 remained due and owing by K&T to Win-Wing under the Purchase Orders, Commercial Invoices and corresponding shipments. *See Exhibit A, at paragraph 9.*

On or about February 2007, Mr. Watanabe executed a settlement agreement on behalf of K&T and a guaranty on behalf of Oakhills, under which K&T agreed to pay $352,717.15 to Win-Wing pursuant to a payment plan, and under which Oakhill guarantied said payment plan. An authentic duplicate of this settlement agreement, payment plan and guaranty is attached hereto as Exhibit 1. *See Exhibit A, at paragraph 10.* Pursuant to the terms of said settlement agreement, K&T agreed to the following payment plan:

1. February 2007 - $2,000.00
2. March 2007 - $20,000.00
3. April 2007 - $30,000.00
4. May 2007 - $30,000.00
5. June 2007 - $30,000.00
6. July 2007 - $30,000.00
7. August 2007 - $42,143.43
8. September 2007 - $42,143.43
9. October 2007 - $42,143.43
10. November 2007 - $42,143.43
11. December 2007 - $42,143.43

See Exhibit A, at paragraph 11.

Pursuant to the terms of said agreement, Oakhills contractually agreed to guaranty the above-stated payment plan. *See Exhibit A, at paragraph 12.* Mr. Watanabe signed the settlement agreement and payment plan on behalf of K&T, and signed the guaranty on behalf of

1 Oakhills. *See Exhibit A, at paragraph 13.*

2 At the time Mr. Watanabe signed the settlement agreement, payment plan, and guaranty, he knew that neither K&T nor Oakhills would satisfy the agreement. *See Exhibit A, at paragraph 14.* Mr. Watanabe signed the settlement agreement, payment plan and guaranty to stall legal action against K&T, as a means of delay, and with the purpose and intent of defrauding Win-Wing. *See Exhibit A, at paragraph 15.*

K&T and/or Oakhills, through Mr. Watanabe made one payment of $10,000.00 toward the settlement agreement, payment plan and guaranty, leaving a remaining outstanding unpaid balance of $342,717.15. *See Exhibit A, at paragraph 16.* Win-Wing has demanded payment in full of the outstanding balance, to which K&T, Oakhills and Mr. Watanabe have failed to respond. *See Exhibit A, at paragraph 17.* The amount of $342,717.15 is an objective sum certain, supported by the attached objective documentation. *See Exhibit A, at paragraph 18.*

## II. STATEMENT OF CASE

On April 18, 2008, Win-Wing filed a Complaint against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. On June 14, 2008, Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. were served with a Summons and the Complaint. *See Docket Entry # 7.*

Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. were required to answer or otherwise respond to Win-Wing's Complaint within twenty (20) days, on or before July 7, 2008. *See Docket Entry # 7.* Defendants failed to do so, and on July 21, 2008, upon Application by Win-Win the Clerk issued an Entry of Default as to Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates,

Inc. pursuant to Fed. R. Civ. P. 55(a).

## III. LAW AND ARGUMENT

### A. WIN-WING IS ENTITLED TO DEFAULT JUDGMENT AGAINST DEFENDANTS TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC. AND K&T ASSOCIATES, INC. BY THE CLERK OF COURTS FOR THE SUM CERTAIN OF $342,717.15 PURSUANT TO FED.R.CIV.P. 55(B)(1).

Fed.R.Civ.P. 55(b)(1) sets forth the procedure for the entry of default judgment for a sum certain by the Clerk, without application to the Court. Fed.R.Civ.P. 55(b) provides in pertinent part:

> Judgment. (b) Judgment by default may be entered as follows:
>
> (1) By the Clerk. When the plaintiff's claim against defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

Rule 55(b)(1) enables the clerk to enter judgment "when the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain." Volstad v. Collings, 1993 U.S. App. LEXIS 536, * 5 (9th Cir. Jan. 13, 1993). See also *LG Elecs., Inc. v. Advance Creative Computer Corp.*, 2002 U.S. Dist. LEXIS 14652, at * 6 (N.D. Cal. 2002) ("Default judgments are governed by Rule 55 of the Federal Rules of Civil Procedure. Under certain circumstances, default judgment can be entered by the clerk of the court. Fed. R. Civ. Proc. 55(b)(1).").

In this case, Win-Wing is requesting default judgment in the sum certain amount of $342,717.15. This sum certain amount is supported

by the affidavit of Gong Peide and the attached authenticated Payment Schedule.

**IV.    CONCLUSION**

Based on the foregoing, and based on the attached affidavit and authenticated documentation, Plaintiff Plaintiff Shanghai Win-Wing Imp. & Exp. Co, Ltd., by and through counsel, requests that the Clerk of Court enters Default Judgment against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc., pursuant to Fed.R.Civ.P. 55(b)(1), in the sum certain amount of $342,717.15.

Dated: September 3, 2008              COREY & COREY

                                      _____
                                      By:  Edward E. Corey
                                      Attorneys for Plaintiff
                                      Shanghai Win-Wing Imp. & Exp.
                                      Co., Ltd.

# 公 证 书

中华人民共和国上海市虹口公证处

PEOPLES REPUBLIC OF CHINA          )
                                   )  ss.
[Name of Province]: _Shanghai_     )

Now comes [Name of Affiant]: _GONG PEIDE_,
and being first duly sworn, deposes and says that:

1. I am [Position/Job Title]: _Chairman of board_ at and a duly authorized representative of Shanghai Win-Wing Imp. & Exp. Co., Ltd., (hereinafter "Win-Wing").

2. I have personal knowledge of the underlying facts of *Shanghai Win-Wing Imp. & Exp. Co., Ltd. v. Tetsuya Watanabe, et al.*, in the United States District Court, Northern District of California (San Francisco Division), Case No. 3:08-cv-02031-SC (hereinafter "Watanabe Litigation").

3. Win-Wing is a manufacturer and exporter of wood flooring, and is located in the Peoples Republic of China.

4. At all times pertinent hereto, K&T Associates, Inc. (hereafter "K&T") was a corporation registered in the State of California, with its principle place of business at 8625 Central Ave., #A, Stanton, CA 90680, was an importer and seller of wood flooring, was a customer of Win-Wing, and was owned and operated by Tetsuya Watanabe (hereinafter "Mr. Watanabe").

5. At all times pertinent hereto, Oakhills Hardwood Floors, Inc. (hereinafter "Oakhills") was a corporation registered in the State of California, with its principle place of business at 6650 Goodyear Rd., Benicia, CA 94510, and was owned and operated by Mr. Watanabe.

6. From June 9, 2006 to June 27, 2006, K&T issued several Purchase Orders, under which K&T agreed to and Win-Wing agreed to sell certain wood flooring products.

7. From approximately August 27, 2006 to approximately September 17, 2006, Win-Wing shipped the wood flooring products ordered by K&T from China to Long Beach, California, where the product was received by K&T; Win-Wing issued corresponding Commercial Invoices contemporaneously with each shipment.

8. Payments were due for the above-shipped products, pursuant to the Purchase Orders, sixty (60) days after shipment.

9. As of approximately November 17, 2006, an outstanding balance of $394,995.20 remained due and owing by K&T to Win-Wing under the Purchase Orders, Commercial Invoices and corresponding shipments.

10. On or about February 2007, Mr. Watanabe executed a settlement agreement on behalf of K&T and a guaranty on behalf of Oakhills, under which K&T agreed to pay $352,717.15 to Win-Wing pursuant to a payment plan, and under which Oakhill guarantied said payment plan. An authentic duplicate of this settlement agreement, payment plan and guaranty is attached hereto as Exhibit 1.

11. Pursuant to the terms of said settlement agreement, K&T agreed to the following payment plan:

    February 2007 - $2,000.00
    March 2007 - $20,000.00
    April 2007 - $30,000.00
    May 2007 - $30,000.00
    June 2007 - $30,000.00
    July 2007 - $30,000.00
    August 2007 - $42,143.43
    September 2007 - $42,143.43
    October 2007 - $42,143.43
    November 2007 - $42,143.43
    December 2007 - $42,143.43

12. Pursuant to the terms of said agreement, Oakhills contractually agreed to guaranty the above-stated payment plan.

13. Mr. Watanabe signed the settlement agreement and payment plan on behalf of K&T, and signed the guaranty on behalf of Oakhills.

2

14. At the time Mr. Watanabe signed the settlement agreement, payment plan, and guaranty, he knew that neither K&T nor Oakhills would satisfy the agreement.

15. Mr. Watanabe signed the settlement agreement, payment plan and guaranty to stall legal action against K&T, as a means of delay, and with the purpose and intent of defrauding Win-Wing.

16. K&T and/or Oakhills, through Mr. Watanabe made one payment of $10,000.00 toward the settlement agreement, payment plan and guaranty, leaving a remaining outstanding unpaid balance of $342,717.15.

17. Win-Wing has demanded payment in full of the outstanding balance, to which K&T, Oakhills and Mr. Watanabe have failed to respond.

18. The amount of $342,717.15 is an objective sum certain, supported by the attached objective documentation.

FURTHER AFFIANT SAYETH NAUGHT.

[Sign Affiant's Name]: _____

[Print Affiant's Name]: SONG PEIDE

SWORN TO BEFORE ME and subscribed in my presence this _____ day of July, 2008.

3

_____
NOTARY PUBLIC

公　　　证　　　书

（2008）沪虹证外经字第156号

兹证明上海顶达进出口有限公司的法定代表人龚培德（男，一九五六年十一月七日出生）于二〇〇八年八月十二日来到我处，在我面前，在前面的英文文本上签名。

中华人民共和国上海市虹口公证处

公　证　员　

二〇〇八年八月十二日

Translation

# CERTIFICATE

(2008) H.H.Z.W.J.Z. No 157

This is to certify that the foregoing English version of NOTARIAL CERTIFICATE (2008) H.H.Z.W.J.Z. No.156 is true and faithful to the said original Notarial Certificate in Chinese.

ZHENG Yihong (Seal)

Notary Public

The People's Republic of China

Shanghai Hongkou Notary Public Office

(Seal)

Dated. August 12, 2008



证　　明　　书

（2008）沪虹证外经字第 157 号

兹证明前面的（2008）沪虹证外经字第 156 号公证书的英文译本内容与该公证书的中文原本相符。

中华人民共和国上海市虹口公证处

公 证 员　

二〇〇八年八月十二日

Translation

# CERTIFICATE

(2008) H.H.Z.W.J.Z. No. 157

This is to certify that the foregoing English version of NOTARIAL CERTIFICATE (2008) H.H.Z.W.J.Z. No.156 is true and faithful to the said original Notarial Certificate in Chinese.

ZHENG Yihong (Seal)

Notary Public

The People's Republic of China

Shanghai Hongkou Notary Public Office

(Seal)

Dated: August 12, 2008



认字第 08309480-1 号

兹证明前面文书上公证处的印

章和公证员　　郑毅弘　　的签名

（印章）属实。

中华人民共和国外交部（310）

2008 年 8 月 15 日　　上海

3021193



Consulate General of the )
United States of America ) SS;
at Shanghai, China )

I, Justin Reynolds, Consul of the
United States of America at Shanghai, China, duly
commissioned and qualified, do hereby certify that
Ting Zhang, whose true signature
[...] 19 AUG 2008 [...]
[...] Shanghai [...]

IN WITNESS WHEREOF I have hereunto set my
hand [...] United States Consulate
[...] China, this 19th [...]

Justin Reynolds
[...] the United [...]

2227- 3-26  11:23                    ADC20070150 NO 487   P 1

### K&T Associates Inc.
### P.O. Box 5906, Concord, CA 94524

| INVOICE NUMBER | PO NUMBER | SMOOTH AMOUNT |
|---|---|---|
| F626N1245/246/254 | #216716;216764;265772 | $151,973.6 |
| P626N1260 | #28731F/287312 | $87,982.40 |
| F676N1269/270 | #285757;286763;288764;288769 | $175,039.2 |
| Total Amount | | $394,995.2 |

Payment Schedule

February - $2,000.00

March  - $20,000.00

April to July - $30,000.00 per month

August – December - $42,143.43 per month

Finished pay back Win-Wing Total Amount $352,717.15(This money is Win-Wing's cost already deduct our commission) by end 2007 year.

Because of delayed payment, all the interest and exchange rate charge occurred during above-mentioned period of time will bear to our K&T account.

If K&T Associates Inc.'s business is not so good, Oakhills Hardwood Floors must instead of K&T Associates Inc. return above-mentioned the money to Win-Wing.

_Tatsuya Watanabe_                    _Tatsuya Watanabe_
K&T Associates, Inc.                  Oakhills Hardwood Floors

EXHIBIT 1

EXHIBIT "1"  PAGE 1 OF 1

EDWARD E. COREY (SB #124900)
COREY & COREY
3580 Wilshire Boulevard
17th Floor
Los Angeles, CA 90010
(213) 385-7003
(213) 385-6908 Fax

Counsel for SHANGHAI WIN-WING IMP. &
EXP. CO, LTD., Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGHAI WIN-WING IMP. & EXP. CO, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. <br><br> Defendants. | No. 3:08-CV-02031-SC <br><br> **ORDER ON APPLICATION FOR DEFAULT JUDGMENT AND DEFAULT JUDGMENT FOR SUM CERTAIN PURSUANT TO FED. R. CIV. P. 55(b)(1)** |

   Upon review of Plaintiff' Application for Default Judgment for Sum Certain Pursuant to Fed. R. Civ. P. 55(b)(1), and for good cause shown, said Application is hereby granted.

   Pursuant to Fed. R. Civ. P. 55(b)(1), default judgment is hereby entered in favor of Plaintiff Shanghai Win-Wing Imp. & Exp. Co, Ltd. and against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc., jointly and severally, for the sum

/ / /
/ / /
/ / /

---
1
**DEFAULT JUDGMENT**

1  certain of $342,717.15.

2              IT IS SO ENTERED.

3

4              _____
               Clerk of Court, United States District Court
               Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28