EDWARD E. COREY (SB #124900)
COREY & COREY
3580 Wilshire Boulevard
17th Floor
Los Angeles, CA 90010
(213) 385-7003
(213) 385-6908 Fax

Counsel for SHANGHAI WIN-WING IMP. &
EXP. CO, LTD., Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI WIN-WING IMP. & EXP. CO, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. <br><br> Defendants. | No. 08-CV-02031-SC <br><br> **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Now comes Plaintiff Shanghai Win-Wing Imp. & Exp. Co., by and through counsel, and moves this Court for an Order continuing the Case Management Conference scheduled for September 19, 2008 at 10:00 A.M.

    Plaintiff has submitted concurrently with this application to continue an application for default judgment in this matter which will dispose of this matter in entirety. The Court has scheduled the Application for Default Judgment for November 7, 2008 at 10:00 A.M. which is after the scheduled Case Management Conference. Declaration of Edward E. Corey, ¶1.

1  Plaintiff and its counsel suggest that given the scheduled
2  Default Application which will likely dispose of the entire action, it
3  would be more efficient if the Case Management Conference was
4  continued to a date beyond the currently scheduled Application for
5  Default. Declaration of Edward E. Corey, ¶ 2. There would be nothing
6  to report at the Case Management Conference other than the facts as
7  stated herein. Declaration of Edward E. Corey, ¶ 3. If the Default
8  Judgment is granted as applied for, the Case Management Conference
9  would be moot. Declaration of Edward E. Corey, ¶ 4.
10  As such, Plaintiff moves the Court for a continuance of the Case
11  Management Conference to date beyond the scheduled application for
12  default judgment of November 7, 2008.

Dated: September 3, 2008        COREY & COREY

                                /s/ Edward Corey
                                By: Edward E. Corey
                                Attorneys for Plaintiff
                                Shanghai Win-Wing Imp. & Exp.
                                Co., Ltd.

**ORDER**

Upon good cause showing, the Case Management Conference scheduled in this matter in continued to _____, 2008 at 10:00 A.M.

It is so ordered.

_____
JUDGE SAMUEL CONTI

## DECLARATION OF EDWARD COREY

I, Edward E. Corey, am counsel of record for the Plaintiff in this matter and have personal knowledge of the facts set forth below. If called upon as a witness, I would competently testify as follows:

1. Plaintiff has submitted concurrently with this application to continue an application for default judgment in this matter which will dispose of this matter in entirety. The Court has scheduled the Application for Default Judgment for November 7, 2008 at 10:00 A.M. which is after the scheduled Case Management Conference.

2. Plaintiff and its counsel suggest that given the scheduled Default Application which will likely dispose of the entire action, it would be more efficient if the Case Management Conference was continued to a date beyond the currently scheduled Application for Default.

3. There would be nothing to report at the Case Management Conference other than the facts as stated herein.

4. If the Default Judgment is granted as applied for, the Case Management Conference would be moot.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of September, 2008 at Los Angeles, California.

_____
Edward E. Corey, Declarant.

1  **EDWARD E. COREY (SB #124900)**
   **COREY & COREY**
2  3580 Wilshire Boulevard
   17th Floor
3  Los Angeles, CA 90010
   (213) 385-7003
4  (213) 385-6908 Fax

5

6  Counsel for SHANGHAI WIN-WING IMP. &
   EXP. CO, LTD., Plaintiff.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 SHANGHAI WIN-WING IMP. &        )   No. 08-CV-02031-SC
   EXP. CO, LTD.,                  )
12                                 )
            Plaintiff,             )   **ORDER ON PLAINTIFF'S EX**
13                                 )   **PARTE APPLICATION TO**
       vs.                         )   **CONTINUE SEPTEMBER 19, 2008**
14                                 )   **CASE MANAGEMENT CONFERENCE**
   TETSUYA WATANABE, OAKHILLS      )   **AND ADR DEADLINES**
15 HARDWOOD FLOORS, INC., K&T      )
   ASSOCIATES, INC.                )
16                                 )
            Defendants.            )
17 _____ )

18

19     Upon review of Plaintiff's Motion for Continuing the Order of

20 April 18, 2008, Settling Initial Case Management Conference and ADR

21 Deadlines, and for good cause shown, said deadlines are continued

22 pending further Order of the Court.

23

24              It is so ordered.

25

26              _____
                Judge Hon. Samuel Conti

27

28

**1**

**ORDER ON EX PARTE APPLICATION CONTINUING CASE MANAGEMENT ORDER**