IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANGHAI WIN-WING,
    Plaintiff(s),

v.                                                                                    No. C-08-2031-SC

TETSUYA WATANABE, et al.,
    Defendant(s).
_____/        Clerk's Notice

YOU ARE NOTIFIED THAT the **Case Management Conference set for September 19, 2008 at 10:00 A.M.** before the Honorable Samuel Conti is **OFF CALENDAR**.

FOR THE COURT,

Dated: September 4, 2008                      Richard W. Wieking, Clerk

                                                By: _T. De Martini_
                                                    Courtroom Deputy Clerk