```
1  EDWARD E. COREY (SB #124900)
   COREY & COREY
2  3580 Wilshire Boulevard
   17th Floor
3  Los Angeles, CA 90010
   (213) 385-7003
4  (213) 385-6908 Fax

5

6  Counsel for SHANGHAI WIN-WING IMP. &
   EXP. CO, LTD., Plaintiff.
7
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI WIN-WING IMP. & EXP. CO, LTD., | No. 08-CV-02031-SC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| TETSUYA WATANABE, OAKHILLS HARDWOOD FLOORS, INC., K&T ASSOCIATES, INC. | |
| Defendants. | |

   Plaintiff Shanghai Win-Wing Imp. & Exp. Co., Ltd., (hereinafter "Win-Wing") hereby dismisses its Amended Complaint against Defendants Tetsuya Watanabe, Oakhills Hardwood Floors, Inc. and K&T Associates, Inc. (hereinafter collectively "Defendants"), said dismissal being without prejudice. Pursuant to the Court Order of November 12, 2008, service was not perfected; therefore, this action has not commenced. This dismissal is being made without a Court Order, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as the opposing party has not served an answer or a motion.

1  Dated:   February 11, 2009          COREY & COREY

                                       By:   Edward E. Corey
                                       Attorneys for Plaintiff
                                       Shanghai Win-Wing Imp. & Exp.
                                       Co., Ltd.



IT IS SO ORDERED

Judge Samuel Conti

2
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**